IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JOHN PETERSON,

        Plaintiff,

    v.

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

        Defendant.

Case No. 1:21-cv-00022-SLG

## ORDER RE STIPULATION TO FEES UNDER EAJA

Before the Court at Docket 26 is the Parties' *Stipulation to Fees Under EAJA*. Upon due consideration, the Stipulation at Docket 26 is GRANTED in the amount of $10,750.00.

Pursuant to *Astrue v. Ratliff*, 130 S.Ct 2521 (2010), EAJA fees are subject to offset under the Treasury Offset Program. This Court orders that any amount of the above award not offset pursuant to the Treasury Offset Program shall be made payable to Plaintiff, with a check mailed to the office of Karl Osterhout, Esq.:

    Karl Osterhout, Esq.
    Osterhout Berger Disability Law
    521 Cedar Way, Suite 200
    Oakmont, PA 15139

In light of the Stipulation at Docket 26, the *Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act* at Docket 25 is DENIED as moot.

DATED this 18th day of April, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 1:21-cv-00022-SLG, *Peterson v. Kijakazi*
Order re Stipulation to Fees Under EAJA
Page 2 of 2
Case 1:21-cv-00022-SLG   Document 27   Filed 04/18/23   Page 2 of 2